JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANNETTE FERREIRO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:23-cv-01596-PA-MRW<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: March 3, 2023<br>Trial Date:　　　None Set<br>District Judge:　Hon. Perry Anderson<br>Magistrate Judge: Hon. Michael R. Wilner |

Case No. 2:23-cv-01596-PA-MRW
PROPOSED ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs.

Dated: July 31, 2023

_____
Perry Anderson
United States District Judge